JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN E. RENFRO, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, AND ON BEHALF OF ALL OTHER "AGGRIEVED" EMPLOYEES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>IMPERIAL WESTERN PRODUCTS, A CALIFORNIA CORPORATION, AND DOES 1-10, INCLUSIVE,<br><br>　　　　Defendants. | Case No. EDCV 14-01448-VAP (KKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: August 26, 2014　　　　　　_____
　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　United States District Judge